**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Samuel LOVE, Petitioner.**

Supreme Court of Pennsylvania.

June 22, 2001.

---

1. Indeed, according to Appellant, it was Officer Duross who actually arrested him and in the course of doing so, planted drugs on him.

## ORDER

PER CURIAM:

AND NOW, this 22nd day of June, 2001, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Superior Court pursuant to the decision of this Court in *Commonwealth v. Butler*, 563 Pa. 324, 760 A.2d 384 (2000).